ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 11 2015
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4-15CR-00380 |
| DANTANA TANKSLEY (01) | |

### INDICTMENT

The Grand Jury Charges:

### Count One
### Felon in Possession of Firearm
### (Violation of 18 U.S.C. §§ 922(g)(1) and 924(e))

On or about August 24, 2014, in the Fort Worth Division of the Northern District of Texas, defendant **Dantana Tanksley**, having been convicted of a crime punishable by imprisonment for a term in excess of one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce the following firearm: an Izhmash (SAIGA), Model IZ132, 7.62x9mm caliber semi-automatic rifle.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

Indictment - Page 1

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in count one of this indictment, and under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **Dantana Tanksley** shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense, including but not limited to, the following: one Izhmash (SAIGA), Model IZ132, 7.62x9mm caliber semi-automatic rifle.

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

_____
FRANK L. GATTO
Assistant United States Attorney
Texas Bar No. 24062396
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone:   817-252-5200
Facsimile:   817-252-5455

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

DANTANA TANKSLEY (01)

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(e)

Felon in Possession of Firearm

(1 COUNT)

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

FORFEITURE

A true bill rendered:

FORT WORTH _____/s/_____ FOREPERSON

Filed in open court this 11th day of February, A.D. 2015.

Warrant to issue

_____/s/_____
UNITED STATES MAGISTRATE JUDGE