IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.  4:15-CR-038-O |
| v. | |
| DANTANA TANKSLEY | |

NOTICE OF APPEARANCE AS FORFEITURE COUNSEL FOR
THE UNITED STATES OF AMERICA

Megan J. Fahey has been assigned as forfeiture counsel for the Office of the United States Attorney for the Northern District of Texas in this cause.  AUSA Fahey is not replacing the current AUSA prosecuting the case, but simply being added as forfeiture counsel.  The Clerk is asked to add the name of Megan J. Fahey, assistant United States attorney, as forfeiture counsel for the Government to the docket.

Her address, telephone number, and facsimile number are listed below.

Respectfully submitted,

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

 *s/ Megan J. Fahey*
Megan J. Fahey
Assistant United States Attorney
Texas State Bar No. 24043655
Burnett Plaza Suite 1700
801 Cherry Street Unit 4
Fort Worth, Texas 76102-6882
Telephone: 817-252-5200
Facsimile: 817-252-5455
megan.fahey@usdoj.gov

**Notice of Appearance as Forfeiture Counsel - Page 1**

CERTIFICATE OF SERVICE

      I certify that on March 26, 2015, I electronically filed the foregoing notice with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all persons/parties who have consented in writing to accept this notice as service of this document by electronic means.

      *s/ Megan J. Fahey*
      Megan J. Fahey
      Assistant United States Attorney

**Notice of Appearance as Forfeiture Counsel - Page 2**