IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:15-CR-038-O |
| | § | |
| DANTANA TANKSLEY | § | |
| | § | |

## ORDER

Before the Court is the Second Unopposed Motion To Continue Jury Trial (ECF No. 30) filed by Defendant. After reviewing the motion, the Court finds that the trial date currently set should be reset for the reasons that follow, and the Court resets the case for trial on **June 19, 2015, at 9:00 A.M.**

Pursuant to 18 U.S.C. §3161(h), a court can grant an "ends of justice" continuance at the request of a defendant or defendant's attorney if the court does so on the basis of the finding "that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." *Id*. One of the factors a court may consider in granting an "ends of justice" continuance is "[w]hether the failure to grant such a continuance . . . would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. §3161(h)(7)(B)(iv).

For the reasons set out in the motion, the Court finds (1) that the ends of justice served by the granting of a trial continuance outweigh the best interests of the public and defendant in a speedy trial; (2) that the failure to grant a continuance in this case would deny counsel

the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (3) that taking into account the exercise of due diligence by counsel, a continuance of the duration granted by this order is necessary for effective preparation by defense counsel. Pretrial deadlines are extended for thirty days.[1]

**SO ORDERED** on this the 28th day of April, 2015.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

---

[1] The Government shall produce the results of the tests referenced in the motion no later than 14 days from the date of this order.