IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:15-CR-038-O |
| DANTANA TANKSLEY        (01) | |

### GOVERNMENT'S AMENDED EXPERT-WITNESS DESIGNATION

Per the Court's order, the government designates the following expert witnesses:

(1) Special Agents Dan Kaase and Scott Satcher
Bureau of Alcohol, Tobacco, Firearms and Explosives,
Dallas Field Office.

>Either SA Kaase or SA Satcher will testify regarding the interstate nexus and correct functioning of the firearm charged in the superseding indictment.

(2) Identification Technician, Jose C. Cazares,
Ft. Worth Police Department.

>Cazares will testify to comparing Tanksley's known fingerprints with latent prints contained on and associated with Tanksley's previous felony conviction(s) and the results of such comparison.

(3) Anne M. Koettel, M.S.,
Senior Trace Analyst,
Tarrant County Office of Chief Medical Examiner and Forensic Laboratories.

>Koettel will testify regarding the elements of firearm-related primer mixtures that can be deposited on the hands or clothing of a person who has recently discharged a firearm or was in close proximity to a discharging firearm. Koettel will testify regarding her analyzing a gunshot residue kit (GSR) containing samples taken from Tanksley's left and right hands and palms and will testify the three particles characteristic of primer gunshot residue were

**Government's Amended Expert-Witness Designation - Page 1**

confirmed on the samples taken from Tanksley's left and right back hands and his left hand palm.

(4) Michael Ward
Senior Forensic Scientist
Fort Worth Police Department Crime Laboratory
Firearms/Toolmark Unit

Ward will testify regarding the National Integrated Ballistic Information Network (NIBIN).   He examined the firearm charged in the superseding indictment and a fired ammunition shell casing of matching caliber to the charged firearm, which was found on the passenger seat of the car Tanksley was driving.   Ward will testify that his microscopic examination and comparison revealed the charged firearm fired the shell casing found on the passenger seat.

Respectfully submitted,

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

s/ Frank L. Gatto
FRANK L. GATTO
Assistant United States Attorney
Texas State Bar No. 24062396
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone:   817-252-5213
Facsimile:    817-252-5455

CERTIFICATE OF SERVICE

I certify that on May 10, 2015, I electronically filed this pleading with the clerk of court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system.   The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who, presumably, has consented in writing to accepting notice of service by electronic means: Chris Curtis.

s/ Frank L. Gatto
FRANK L. GATTO
Assistant United States Attorney