UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | 4-15-CR- 038-O |
| DANTANA TANKSLEY (1) | § § § | |

## DESIGNATION OF EXPERT

Defendant Dantana Tanksley, through undersigned counsel, respectfully submits the following designation of expert:

1. Carl Leisinger III, CAL III Enterprises LLC, 2140 Pennington Rd. Ewing, NJ 08638, (609) 883-3279. Mr. Leisinger is an expert in the area of gunshot residue and ballistics. He is reviewing the government reports and may testify if he determines that there are any errors or questions concerning the test procedures, analysis, results or opinions of the government's experts.

      Respectfully submitted,

      RICHARD ANDERSON
      Federal Public Defender
      Northern District of Texas

      BY:  /s/ Christopher A. Curtis
      Christopher A. Curtis
      Asst. Federal Public Defender
      819  Taylor Street, Room 9A10
      Fort Worth, TX  76102-4612
      (817) 978-2753
      Texas State Bar No. 05270900

## CERTIFICATE OF SERVICE

     I, Christopher A. Curtis, hereby certify that on May 20, 2015, I electronically filed the foregoing designation with the clerk for the U.S. District Court, Northern District of Texas, using the electronic filing system for the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Frank Gatto.

                                            /s/ Christopher A. Curtis
                                            Christopher A. Curtis