IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:15-CR-038-O |
| | § | |
| DANTANA TANKERSLEY | § | |

## ORDER

Defendant has filed a motion to suppress. *See* ECF No. 35. The Government must file a response no later than May 27, 2015.

Signed this 20th day of May 2015.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**