**14-80996**    Supplement No
ORIG

# FORT WORTH POLICE DEPARTMENT



350 W. BELKNAP STREET

Fort Worth, Texas 76102

Nature of Call
WEAPONS

Fax 817-392-4201

817-392-4200

Reported Date
08/24/2014

Member#/Dept ID#
SNODDERLY,C

## Administrative Information

| Agency | | | Report No | Supplement No | Reported Date | | Reported Time |
|---|---|---|---|---|---|---|---|
| FORT WORTH POLICE DEPARTMENT | | | 14-80996 | ORIG | 08/24/2014 | | 01:15 |

| CAD Call No | Status | Nature of Call | | | | | |
|---|---|---|---|---|---|---|---|
| 140652267 | Report taken | Weapons Offense/UCW | | | | | |

| Location | | | | City | ZIP Code | | PRA |
|---|---|---|---|---|---|---|---|
| ▓▓▓▓ | | | | Fort Worth | ▓▓▓▓ | | E750 |

| Division | Zone | From Date | From Time | Member#/Dept ID# | | | |
|---|---|---|---|---|---|---|---|
| S | S04 | 08/24/2014 | 01:15 | 4110/SNODDERLY,C | | | |

| Assignment | | 2nd Member#/ID# | Assignment | |
|---|---|---|---|---|
| South Division Team 4 3rd Shift | | VISTINE,C | South Division Team 4 3rd Shift | |

| Entered by | Assignment | RMS Transfer | Prop Trans Stat | Property? | Council Dist |
|---|---|---|---|---|---|
| 4065 | South Division Team 2 3rd Shift | Successful | Successful | Yes | 09 |

| Approving Officer | Approval Date | Approval Time | | |
|---|---|---|---|---|
| 2511 | 08/29/2014 | 11:00:28 | | |

| # Offenses | Offense | | Description | Complaint Type | AC | Use |
|---|---|---|---|---|---|---|
| 1 | PC 46.04 | | Unlawful Poss of a F | C | A | |

| Bias | | Loc | #Pr | MOE | Act | Weapon/Force | IBRS | No | Cargo? |
|---|---|---|---|---|---|---|---|---|---|
| 88 | | 13 | | | P | 13 | 520 | 1 | |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| ARR | ARR | 1 | TANKSLEY,DANTANA DEMON | B | M | ▓▓/1979 |

| # Offenses | Offense | | Description | Complaint Type | AC | Use |
|---|---|---|---|---|---|---|
| 2 | PC 38.04 | | Evading Arrest or De | C | A | |

| Bias | | Loc | #Pr | MOE | Act | Weapon/Force | IBRS | No | Cargo? |
|---|---|---|---|---|---|---|---|---|---|
| 88 | | 13 | | | | | 90Z | 2 | |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| ARR | ARR | 1 | TANKSLEY,DANTANA DEMON | B | M | ▓▓/1979 |

| # Offenses | Offense | | Description | Complaint Type | AC | Use |
|---|---|---|---|---|---|---|
| 3 | PC 31.03 - OTHERS | | Theft - Others | C | A | |

| Bias | | Loc | #Pr | MOE | Act | Weapon/Force | IBRS | No | Cargo? |
|---|---|---|---|---|---|---|---|---|---|
| 88 | | 13 | | | | | 23H | 3 | N |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| ARR | ARR | 1 | TANKSLEY,DANTANA DEMON | B | M | ▓▓/1979 |

| # Offenses | Offense | | Description | Complaint Type | AC | Use |
|---|---|---|---|---|---|---|
| 4 | PC 42.12 | | Discharge/Firearm w/ | C | A | |

| Bias | | Loc | #Pr | MOE | Act | Weapon/Force | IBRS | No | Cargo? |
|---|---|---|---|---|---|---|---|---|---|
| 88 | | 13 | | | P | 13 | 520 | 4 | |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| ARR | ARR | 1 | TANKSLEY,DANTANA DEMON | B | M | ▓▓/1979 |

## Person Summary

| Invl | Invl No | Type | Name | MNI | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| ARR | 1 | I | TANKSLEY,DANTANA DEMON | 926221 | B | M | ▓▓/1979 |
| REP | 1 | I | NOLDEN,JAMES | 120579 | B | M | ▓▓/1985 |
| VIC | 1 | S | STATE OF TEXAS | | | | |
| VIC | 2 | S | FORT WORTH TEXAS | 1732998 | | | |
| VIC | 3 | I | GREEN,CASEY | 719154 | W | M | ▓▓/1974 |
| WIT | 1 | I | BROWN,KESHIA | 1859808 | B | F | ▓▓/1978 |

## Vehicle Summary

| Invl | Type | License No | State | Lic Year | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|---|---|---|---|
| IMP | 1 | 68T7021 | TX | 2014 | 2007 | MITS | ECL | 2D | SIL |

| Report Officer | Printed At | | |
|---|---|---|---|
| 4110/SNODDERLY,C | 01/02/2015 15:39 | | Page 1 of 20 |

14-80996    Supplement No
            ORIG

# FORT WORTH POLICE DEPARTMENT

## Property Summary

| Involvement | Description |
|---|---|
| EVD | Article: Other (none of the above) BULLET WOLF  3x 762x39 bullets |
| CON | |
| Description | |
| Article: Identification items DRIVER    texas id card in name of nolden,james | |
| EVD | Description |
| | Firearm: Unknown or unlisted gun make AK47 Rifle, Semiautomatic 762 |
| EVD | Description |
| | Article: Other (none of the above) BULLET FIOCCH  2x 762x39 bullets |
| EVD | Description |
| | Article: Other (none of the above) BULLET FC  1x 762x39 bullets |
| EVD | |
| Description | |
| Article: Other (none of the above) CASING FC  1x spent 762x39 bullet casing | |

## Summary Narrative

On 08-24-2014 at approximately 0348hours, while on routine patrol at 5100 South Fwy Sr Sb at ▮▮▮▮▮▮▮, I officer C. Snodderly 4110 and Officer C. Vistine, working S376, heard several gun shots fired from the East side of Southway Cir. The Shots were coming from the direction of the cul-de-sac where the road dead ends. An investigation was conducted and an arrest was made.

14-80996

Supplement No
ORIG

# FORT WORTH POLICE DEPARTMENT

## Arrestee 1: TANKSLEY,DANTANA DEMON

| Involvement | Invl No | Type | Name | | MNI |
|---|---|---|---|---|---|
| Arrestee | 1 | Individual | TANKSLEY,DANTANA DEMON | | 926221 |

| Race | | Sex | DOB | Age | Ethnicity |
|---|---|---|---|---|---|
| Black/African American | | Male | ▓▓▓1979 | 35 | Non-Hispanic or Non-Latino |

| Height | Weight | Hair Color | Eye Color | Skin | Weapon Type | Res Status | OFN_INVL |
|---|---|---|---|---|---|---|---|
| | | | | | Rifle | Resident | 1 |

| Vic/Ofnd Age | PRN |
|---|---|
| 35 | ▓▓▓ |

| Type | Address | | Rep Dist | Beat |
|---|---|---|---|---|
| Home | ▓▓▓▓▓▓▓▓▓▓ | | E465 | S01 |

| Map Coordinates | | City | State | ZIP Code | Date |
|---|---|---|---|---|---|
| 02333734  06935538 | | Fort Worth | Texas | | 08/24/2014 |

| Type | ID No | OLS |
|---|---|---|
| Drivers License | ▓▓▓ | Texas |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Booking No | Book Date |
|---|---|---|---|---|---|
| Arrested | On-view arrest (NIBRS) | 08/24/2014 | 03:55:00 | 14-23775 | 08/24/2014 |

| Book Time | Status | Arrest Location | | City |
|---|---|---|---|---|
| 06:30:00 | Booked | ▓▓▓▓ | | Fort Worth |

| Rep Dist | Armed | Multi-arrests | Beat |
|---|---|---|---|
| E750 | Rifle | Not a multiple arrest | S04 |

| Charge | Level | Charge Literal |
|---|---|---|
| PC 38.04(B)(2)(A) | F3 | Evading Arrest Deten |
| PC 46.04(A) | F3 | Unl Poss Firearm by |
| PC 42.12(B) | MA | Discharge Firearm Ce |
| PC 31.03(E)(4)(C) | FS | Theft of Firearm |

## Reporting party 1: NOLDEN,JAMES

| Involvement | Invl No | Type | Name | | MNI |
|---|---|---|---|---|---|
| Reporting party | 1 | Individual | NOLDEN,JAMES | | 120579 |

| Race | | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|---|
| Black/African American | | Male | ▓▓▓1985 | 29 | No | ▓▓▓ | | | |

| PRN |
|---|
| ▓▓▓ |

| Type | ID No |
|---|---|
| FBI number | ▓▓▓ |

| Type | ID No | OLS |
|---|---|---|
| Drivers License | ▓▓▓ | Texas |

| Type | ID No |
|---|---|
| County (CID/FWCHR) | ▓▓▓ |

| Type | ID No |
|---|---|
| State Criminal History Number | ▓▓▓ |

| Type | ID No |
|---|---|
| Social Security Number | ▓▓▓ |

## Victim 1: STATE OF TEXAS

| Involvement | Invl No | Type | Name | PRN |
|---|---|---|---|---|
| Victim | 1 | Society/Public | STATE OF TEXAS | ▓▓▓ |

### IBRS Info

| Victim Invl No | Offense Codes |
|---|---|
| 1 | 520/90Z |

## Victim 2: FORT WORTH TEXAS

| Involvement | Invl No | Type | Name | MNI | PRN |
|---|---|---|---|---|---|
| Victim | 2 | Society/Public | FORT WORTH TEXAS | 1732998 | ▓▓▓ |

### IBRS Info

| Victim Invl No | Offense Codes |
|---|---|
| 2 | 520 |

| Report Officer | Printed At | |
|---|---|---|
| 4110/SNODDERLY,C | 01/02/2015 15:39 | Page 3 of 20 |

14-80996   Supplement No
ORIG

# FORT WORTH POLICE DEPARTMENT

## Victim 3: GREEN,CASEY

| Involvement | Invl No | Type | Name | | MNI | Race | Sex |
|---|---|---|---|---|---|---|---|
| Victim | 3 | Individual | GREEN,CASEY | | 719154 | White | Male |

| DOB | Age | Ethnicity | Juvenile? | Height | Weight | Hair Color | Res Status |
|---|---|---|---|---|---|---|---|
| 1974 | 40 | Non-Hispanic or Non-Latino | No | | | | Resident |

| Vic/Ofnd Age | PRN |
|---|---|
| 40 | |

| Type | Address | | | | Rep Dist | Beat |
|---|---|---|---|---|---|---|
| Home | | | | | R093 | N03 |

| Map Coordinates | | City | State | ZIP Code | Date |
|---|---|---|---|---|---|
| 02292323 07007633 | | Fort Worth | Texas | | 08/24/2014 |

| Type | ID No | OLS |
|---|---|---|
| Drivers License | | Texas |

| Phone Type | Phone No | Date |
|---|---|---|
| Cell | | 08/24/2014 |

## IBRS Info

| Victim Invl No | Offense Codes |
|---|---|
| 3 | 23H |

## Witness 1: BROWN,KESHIA

| Involvement | Invl No | Type | Name | | MNI |
|---|---|---|---|---|---|
| Witness | 1 | Individual | BROWN,KESHIA | | 1859808 |

| Race | Sex | DOB | Age | Juvenile? | PRN |
|---|---|---|---|---|---|
| Black/African American | Female | | 36 | No | |

| Type | Address | | | Rep Dist | Beat |
|---|---|---|---|---|---|
| Home | | | | E430 | E04 |

| Map Coordinates | | City | State | ZIP Code | Date |
|---|---|---|---|---|---|
| 02357588 06944674 | | Fort Worth | Texas | | 08/24/2014 |

| Phone Type | Phone No | Date |
|---|---|---|
| Cell | | 08/24/2014 |

## Vehicle: 68T7021

| Involvement | Type | License No | State | Lic Year | Lic Type |
|---|---|---|---|---|---|
| Impounded | Auto | 68T7021 | Texas | 2014 | Regular Passenger Automobile Plates |

| Year | Make | Model | Style |
|---|---|---|---|
| 2007 | Mitsubishi | Eclipse/Eclipse Spyder GS-T | 2-door Automobile |

| Color | VIN | Storage |
|---|---|---|
| Silver/aluminum | 4A3AL25F97E061071 | Fort Worth PD Auto Pound |

| Tow By | Auth By | Tow From |
|---|---|---|
| AMERICAN ROADSIDE | SNODDERLY,C | |

Tow To

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| DRV | ARR | 1 | TANKSLEY,DANTANA DEMON | B | M | 1979 |

## Property

| Prop # | Involvement | Invl Date | In Custody? | Security | Tag No | Item No | # Pieces |
|---|---|---|---|---|---|---|---|
| 1 | Evidence | 08/24/2014 | Yes | No | 140011569 | 1 | 3 |

| Description | | Typ |
|---|---|---|
| 3x 762x39 bullets | | A |

| Cat | Article | Brand | IBRS Type |
|---|---|---|---|
| Other (none of the above) | Bullets or Spent Shell Casings | WOLF | Other |

| Entered Date | Entered Time | RMS Transfer | Control |
|---|---|---|---|
| 08/24/2014 | 06:22 | Successful | 4018690825140607 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| OWN | ARR | 1 | TANKSLEY,DANTANA DEMON | B | M | 1979 |

| Prop # | Involvement | Invl Date | In Custody? | Security |
|---|---|---|---|---|
| 2 | Conficated 4 investigation,possibly stolen | 08/24/2014 | Yes | No |

| Tag No | Item No | Value |
|---|---|---|
| 140011569 | 2 | $0.00 |

| Description | Typ | Cat |
|---|---|---|
| texas id card in name of nolden,james | A | Identification items |

| Article | IBRS Type | Entered Date | Entered Time |
|---|---|---|---|
| Chauffeur/Driver/Motorcycle/Pilot License | Other | 08/24/2014 | 06:28 |

| RMS Transfer | Control |
|---|---|
| Successful | 4018690825140607 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| OWN | REP | 1 | NOLDEN,JAMES | B | M | 1985 |

| Report Officer | Printed At | |
|---|---|---|
| 4110/SNODDERLY,C | 01/02/2015 15:39 | Page 4 of 20 |

**14-80996**   Supplement No
ORIG

# FORT WORTH POLICE DEPARTMENT

| Prop # | Involvement | Invl Date | In Custody? | Security | Tag No | Item No | Serial No |
|---|---|---|---|---|---|---|---|
| 3 | Evidence | 08/24/2014 | Yes | No | 140011569 | 3 | X12101761 |

| Description | | | | | | | Typ |
|---|---|---|---|---|---|---|---|
| SAIGA,RUSSIAN AK47,BLK,SYN STOCK, tapco mag | | | | | | | F |

| Cat | Article | Make |
|---|---|---|
| Other (none of the above) | Guns/Firearms | Unknown or unlisted gun make |

| Model | IBRS Type | Type/Cat | Caliber | Finish | Action |
|---|---|---|---|---|---|
| AK47 | Firearms | Rifle, Semiautomatic | 762MM | Black | Semi-automatic |

| Entered Date | Entered Time | RMS Transfer | Control | | | |
|---|---|---|---|---|---|---|
| 08/24/2014 | 06:38 | Successful | 4018690825140607 | | | |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| OWN | ARR | 1 | TANKSLEY,DANTANA DEMON | B | M | 1979 |

| Prop # | Involvement | Invl Date | In Custody? | Security | Tag No | Item No | # Pieces |
|---|---|---|---|---|---|---|---|
| 4 | Evidence | 08/24/2014 | Yes | No | 140011569 | 4 | 2 |

| Description | | | | | | | Typ |
|---|---|---|---|---|---|---|---|
| 2x 762x39 bullets | | | | | | | A |

| Cat | Article | Brand | IBRS Type |
|---|---|---|---|
| Other (none of the above) | Bullets or Spent Shell Casings | FIOCCH | Other |

| Entered Date | Entered Time | RMS Transfer | Control | | | |
|---|---|---|---|---|---|---|
| 08/24/2014 | 06:42 | Successful | 4018690825140608 | | | |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| OWN | ARR | 1 | TANKSLEY,DANTANA DEMON | B | M | 1979 |

| Prop # | Involvement | Invl Date | In Custody? | Security | Tag No | Item No | # Pieces |
|---|---|---|---|---|---|---|---|
| 5 | Evidence | 08/24/2014 | Yes | No | 140011569 | 5 | 1 |

| Description | | | | | | | Typ |
|---|---|---|---|---|---|---|---|
| 1x 762x39 bullets | | | | | | | A |

| Cat | Article | Brand | IBRS Type |
|---|---|---|---|
| Other (none of the above) | Bullets or Spent Shell Casings | FC | Other |

| Entered Date | Entered Time | RMS Transfer | Control | | | |
|---|---|---|---|---|---|---|
| 08/24/2014 | 06:43 | Successful | 4018690825140608 | | | |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| OWN | ARR | 1 | TANKSLEY,DANTANA DEMON | B | M | 1979 |

| Prop # | Involvement | Invl Date | In Custody? | Security | Tag No | Item No | # Pieces |
|---|---|---|---|---|---|---|---|
| 6 | Evidence | 08/24/2014 | Yes | No | 140011569 | 6 | 1 |

| Description | | | | | | | Typ |
|---|---|---|---|---|---|---|---|
| 1x spent 762x39 bullet casing | | | | | | | A |

| Cat | Article | Brand | IBRS Type | Entered Date | Entered Time |
|---|---|---|---|---|---|
| Other (none of the above) | Bullet Casings | FC | Other | 08/24/2014 | 06:43 |

| RMS Transfer | Control | | | |
|---|---|---|---|---|
| Successful | 4018690825140608 | | | |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| OWN | ARR | 1 | TANKSLEY,DANTANA DEMON | B | M | 1979 |

## Modus Operandi

| Property Targeted | Physical Evidence | Method of Entry | Point of Entry | Entry Location |
|---|---|---|---|---|
| Unknown-Not applicable | Projectile bullet/casing | Other | Unknown | Unknown |

| Weapon Used | Premise Type |
|---|---|
| Rifle, shotgun | Street, highway, alley |

| Suspect Action |
|---|
| Arrested/Fired weapon/Suspect armed |

| Crime Code(s) |
|---|
| Weapons violations |

## Narrative

On 08-24-2014 at approximately 0348hours, while on routine patrol at 5100 South Fwy Sr Sb at ▮▮▮▮▮ I officer C. Snodderly 4110 and Officer C. Vistine, working S376, heard several gun shots fired from the East side of Southway Cir. The Shots were coming from the direction of the cul-de-sac where the road dead ends.

Sgt Lusty 2043, who was working a nearby accident on the Freeway, heard the gun shots and notified dispatch.

Officers C. Vistine 3951, Z. Lott 4065, C. Rutledge 4063, R. Sparks 3725, Sgt D. Lusty 2043, and Sgt D. Fenter 3224 assisted.

Officers immediately started on foot towards the general direction of where the shots were heard near the east end of the street. Officers observed several people running west bound away from the area. As we made our way east down the street on foot, we began to stop cars that were attempting to leave the area to prevent suspects or evidence from leaving the scene. As we continued to make our way east on Southway Cir, I officer

14-80996    Supplement No
ORIG

# FORT WORTH POLICE DEPARTMENT

## Narrative

Snodderly observed a silver two door convertible coupe with the top down (IMP) in the line of cars attempting to leave. The IMP vehicle was occupied one time by a B/M later identified as ARR Tanksley, Dantana (B/M DOB ███79). The ARR was at approximately ███ Southway Cir going west bound. The ARR made eye contact with me and immediately turned off the road into the parking lot at ███ Southway Cir at a high rate of speed. I Officer C. Snodderly, while wearing full city of Fort Worth police uniform to include badge and patches, gave loud verbal commands and ordered the ARR to stop his vehicle. The ARR looked at me as if he heard my orders and disregarded my commands. He then continued driving north in the parking lot approximately 200ft into a dead end. Officer Z. Lott 4065 and I pursued the ARR on foot to the location the IMP came to rest. The ARR was ordered at gun point while giving loud verbal commands to show his hands. Officers felt that due to his erratic behavior he was possibly a suspect in the shots fired and was attempting to flee the scene. After several orders the ARR flung the car door open and again refused to show his hands or get out of the IMP. As officers approached the IMP the ARR exited the driver's side of the vehicle and began walking towards the front of the car disregarding officer's commands. The ARR was immediately placed in handcuffs for our safety while the investigation continued.

Officer Lott walked around to the passenger side of the IMP and in plain view; he saw a discharged casing in the passenger side front seat. The ARR was asked if there was any weapon in the car and he said no. Seeing the shell casing in the Vehicle Officers had probable cause to search the IMP for evidence of the offense. Officer Sparks and I, as well as Sgt Fenter and Sgt Lusty, located an AK-47 in the trunk of the IMP. The ARR was immediately detained and placed in the back of a patrol car.

Sgt Lusty later found several empty casings on a driveway near the road on the east end of Southway Cir in front of the Foundation Drillers building. The casings appeared to be the same type of casings found in the IMP.

Officer C. Rutledge 4063 spoke to the Brown, Keshia (WIT1) who completed a written statement stating the following:
The incident happened in front of the foundation drillers business on Southway Cir. The WIT said that a burgundy blazer had blocked a silver drop top coupe in its parking spot and that the B/M, who was the driver of the silver drop top coupe, suddenly began shooting a gun in the air. The burgundy Blazer drove off and several people ran from the B/M.

Sgt Lusty later walked the WIT by the IMP as it was on the tow truck and the WIT told Sgt Lusty that the IMP was the vehicle she observed the B/M in.

The rifle located in the trunk of the IMP was ran through the Police Information Center (PIC) by Officer Lott and found to be stolen out of Fort Worth (see report #12-93074). I officer Snodderly also ran the ARR through PIC for any previous felony convictions and he was found to have multiple previous felony convictions. The ARR was booked for Unlawful possession of a firearm by a felon, evading arrest and detention with a vehicle, theft of firearm, and discharging a firearm in certain municipalities.

The ARR was transported to JPS for medical evaluation by Medstar 62.

Officer R. Tigrett 3149 took custody of the ARR at JPS while I went to the city jail to complete jail paper work.

Pictures were taken of the IMP and the gun where officers had found it. The empty casing in the front seat was also photographed. These pictures were uploaded to the report due to not having access to the South CIU folder.

Property was transported to the property room by Officer's Lott and Rutledge, where it was tagged as evidence.

The IMP was towed to the Fort Worth city auto pound by American Roadside Towing.

The WIT statement was placed in the South CIU folder at the McCart sector.

No Video

Sgt Lusty and Sgt Fenter made the scene.

Sgt Lusty.

| Report Officer | Printed At | |
|---|---|---|
| 4110/SNODDERLY,C | 01/02/2015 15:39 | Page 6 of 20 |

14-80996

Supplement No
ORIG

# FORT WORTH POLICE DEPARTMENT

## Images

| Date | Time | Member#/Dept ID# | Type |
|------|------|------------------|------|
| 08/24/2014 | 08:40 | 3951 | |

| Description |
|-------------|
| SAM_0026.JPG |



| Report Officer | Printed At | |
|----------------|------------|--|
| 4110/SNODDERLY,C | 01/02/2015 15:39 | Page 7 of 20 |

14-80996   Supplement No
ORIG

# FORT WORTH POLICE DEPARTMENT

## Images

| Date | Time | Member#/Dept ID# | Type |
|------|------|------------------|------|
| 08/24/2014 | 08:40 | 3951 | |

Description
SAM_0027.JPG



| Report Officer | Printed At | |
|----------------|------------|---|
| 4110/SNODDERLY,C | 01/02/2015 15:39 | Page 8 of 20 |

**14-80996**

Supplement No
ORIG

# FORT WORTH POLICE DEPARTMENT

## Images

| Date | Time | Member#/Dept ID# | Type |
|------|------|------------------|------|
| 08/24/2014 | 08:40 | 3951 | |

Description
SAM_0028.JPG



| Report Officer | Printed At | |
|----------------|------------|---|
| 4110/SNODDERLY,C | 01/02/2015 15:39 | Page 9 of 20 |

14-80996   Supplement No
ORIG

# FORT WORTH POLICE DEPARTMENT

## Images

| Date 08/24/2014 | Time 08:40 | Member#/Dept ID# 3951 | Type |
| --- | --- | --- | --- |

Description
SAM_0029.JPG



| Report Officer 4110/SNODDERLY,C | Printed At 01/02/2015 15:39 | Page 10 of 20 |
| --- | --- | --- |

14-80996    Supplement No
ORIG

# FORT WORTH POLICE DEPARTMENT

| Images | | | |
|---|---|---|---|
| Date<br>08/24/2014 | Time<br>08:40 | Member#/Dept ID#<br>3951 | Type |
| Description<br>SAM_0030.JPG | | | |



14-80996    Supplement No
ORIG

# FORT WORTH POLICE DEPARTMENT

## Images

| Date | Time | Member#/Dept ID# | Type |
|------|------|------------------|------|
| 08/24/2014 | 08:40 | 3951 | |

Description
SAM_0031.JPG



| Report Officer | Printed At | |
|----------------|------------|---|
| 4110/SNODDERLY,C | 01/02/2015 15:39 | Page 12 of 20 |

14-80996          Supplement No
ORIG

# FORT WORTH POLICE DEPARTMENT

## Images

| Date | Time | Member#/Dept ID# | Type |
|------|------|------------------|------|
| 08/24/2014 | 08:40 | 3951 | |

Description
SAM_0032.JPG

14-80996   Supplement No
ORIG

# FORT WORTH POLICE DEPARTMENT

## Images

| Date | Time | Member#/Dept ID# | Type |
|------|------|------------------|------|
| 08/24/2014 | 08:40 | 3951 | |

Description
SAM_0033.JPG



| Report Officer | Printed At | |
|----------------|-----------|--|
| 4110/SNODDERLY,C | 01/02/2015 15:39 | Page 14 of 20 |

14-80996

Supplement No
ORIG

# FORT WORTH POLICE DEPARTMENT

## Images

| Date | Time | Member#/Dept ID# | Type |
|------|------|------------------|------|
| 08/24/2014 | 08:40 | 3951 | |

Description
SAM_0034.JPG



| Report Officer | Printed At | |
|----------------|-----------|---|
| 4110/SNODDERLY,C | 01/02/2015 15:39 | Page 15 of 20 |

14-80996    Supplement No
ORIG

# FORT WORTH POLICE DEPARTMENT

**Images**

| Date | Time | Member#/Dept ID# | Type |
|------|------|------------------|------|
| 08/24/2014 | 08:40 | 3951 | |

Description
SAM_0035.JPG



14-80996     Supplement No
                ORIG

# FORT WORTH POLICE DEPARTMENT

## Images

| Date | Time | Member#/Dept ID# | Type |
|------|------|------------------|------|
| 08/24/2014 | 08:40 | 3951 | |

Description
SAM_0036.JPG



14-80996                    Supplement No
                           ORIG

# FORT WORTH POLICE DEPARTMENT

## Images

| Date | Time | Member#/Dept ID# | Type |
|------|------|------------------|------|
| 08/24/2014 | 08:40 | 3951 | |

Description
SAM_0037.JPG



| Report Officer | Printed At | |
|----------------|-----------|---|
| 4110/SNODDERLY,C | 01/02/2015 15:39 | Page 18 of 20 |

14-80996

Supplement No
ORIG

# FORT WORTH POLICE DEPARTMENT

## Images

| Date | Time | Member#/Dept ID# | Type |
|------|------|------------------|------|
| 08/24/2014 | 08:40 | 3951 | |

Description
SAM_0038.JPG



| Report Officer | Printed At | |
|----------------|-----------|---|
| 4110/SNODDERLY,C | 01/02/2015 15:39 | Page 19 of 20 |

**14-80996**

Supplement No
ORIG

# FORT WORTH POLICE DEPARTMENT

Images

| Date | Time | Member's/Dept ID# | Type |
|------|------|-------------------|------|
| 08/24/2014 | 08:40 | 3951 | |

Description
SAM_0039.JPG



| Report Officer | Printed At | |
|----------------|-----------|---|
| 4110/SNODDERLY,C | 01/02/2015 15:39 | Page 20 of 20 |

**14-80996**

Supplement No
0001



# FORT WORTH POLICE DEPARTMENT

350 W. BELKNAP STREET

Fort Worth, Texas 76102

Nature of Call

Fax 817-392-4201

817-392-4200

Reported Date
08/24/2014

Member#/Dept ID#
SCHEIERN,L

## Administrative Information

| Agency | | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|
| FORT WORTH POLICE DEPARTMENT | | 14-80996 | 0001 | 08/24/2014 | 06:19 |
| Member#/Dept ID# | | Assignment | | Entered by | |
| 2336/SCHEIERN,L | | CSSU-Crime Scene | | 2336 | |
| Assignment | RMS Transfer | | Prop Trans Stat | Property? | Council Dist |
| CSSU-Crime Scene | Supplement Transfer Complete | | Successful | Yes | 09 |
| Approving Officer | Approval Date | | Approval Time | | |
| 2336 | 08/24/2014 | | 06:38:24 | | |

## Property

| Prop # | Involvement | Invl Date | In Custody? | Security | Tag No | Item No | Serial No | |
|---|---|---|---|---|---|---|---|---|
| 1 | Evidence | 08/24/2014 | Yes | No | 140011567 | 1 | PKG. 1 OF 3 | |
| Description | | | | | | | Typ | |
| 1 GSR kit from hands of Tanksley, Dantana | | | | | | | A | |
| Cat | | Article | IBRS Type | Entered Date | | Entered Time | RMS Transfer | |
| Other (none of the above) | | GSR | Other | 08/24/2014 | | 06:19 | Successful | |
| Control | | | | | | | | |
| 2336  0824140623 | | | | | | | | |

| Prop # | Involvement | Invl Date | In Custody? | Security | Tag No | Item No | Serial No | |
|---|---|---|---|---|---|---|---|---|
| 2 | Evidence | 08/24/2014 | Yes | No | 140011567 | 2 | PKG. 2 OF 3 | |
| Description | | | | | | | Typ | |
| 1 light green tank top | | | | | | | A | |
| Cat | | | Article | | IBRS Type | | | |
| Personal accessories (incl serial jewelry) | | | Clothing | | Clothes, furs | | | |
| Entered Date | Entered Time | RMS Transfer | | Control | | | | |
| 08/24/2014 | 06:20 | Successful | | 2336  0824140623 | | | | |

| Prop # | Involvement | Invl Date | In Custody? | Security | Tag No | Item No | Serial No | |
|---|---|---|---|---|---|---|---|---|
| 3 | Evidence | 08/24/2014 | Yes | No | 140011567 | 3 | PKG. 3 OF 3 | |
| Description | | | | | | | Typ | |
| One 7.62X39 casing - unk. manufacturer | | | | | | | A | |
| Cat | | Article | | Brand | IBRS Type | Entered Date | | Entered Time |
| Other (none of the above) | | Bullet Casings | | 7.62X3 | Other | 08/24/2014 | | 06:20 |
| RMS Transfer | | Control | | | | | | |
| Successful | | 2336  0824140623 | | | | | | |

| Prop # | Involvement | Invl Date | In Custody? | Security | Tag No | Item No | Serial No | |
|---|---|---|---|---|---|---|---|---|
| 4 | Evidence | 08/24/2014 | Yes | No | 140011567 | 4 | PKG. 3 OF 3 | |
| Description | | | | | | | Typ | |
| Three WOLF 7.62X39 casings | | | | | | | A | |
| Cat | | Article | | Brand | IBRS Type | Entered Date | | Entered Time |
| Other (none of the above) | | Bullet Casings | | WOLF | Other | 08/24/2014 | | 06:21 |
| RMS Transfer | | Control | | | | | | |
| Successful | | 2336  0824140623 | | | | | | |

| Prop # | Involvement | Invl Date | In Custody? | Security | Tag No | Item No | Serial No | |
|---|---|---|---|---|---|---|---|---|
| 5 | Evidence | 08/24/2014 | Yes | No | 140011567 | 5 | PKG. 3 OF 3 | |
| Description | | | | | | | Typ | |
| Three FIOCCHI 7.62X39 casings | | | | | | | A | |
| Cat | | Article | | Brand | IBRS Type | Entered Date | | Entered Time |
| Other (none of the above) | | Bullet Casings | | FIOCCH | Other | 08/24/2014 | | 06:21 |
| RMS Transfer | | Control | | | | | | |
| Successful | | 2336  0824140623 | | | | | | |

| Report Officer | Printed At | Page 1 of 3 |
|---|---|---|
| 2336/SCHEIERN,L | 01/02/2015 15:42 | |

14-80996    Supplement No 0001

# FORT WORTH POLICE DEPARTMENT

| Prop # | Involvement | Invl Date | In Custody? | Security | Tag No | Item No | Serial No |
|---|---|---|---|---|---|---|---|
| 6 | Evidence | 08/24/2014 | Yes | No | 140011567 | 6 | PKG. 3 OF 3 |

| Description | | | | | | | Typ |
|---|---|---|---|---|---|---|---|
| Eleven FC 7.62X39 casings | | | | | | | A |

| Cat | Article | Brand | IBRS Type | Entered Date | Entered Time |
|---|---|---|---|---|---|
| Other (none of the above) | Bullet Casings | FC | Other | 08/24/2014 | 06:22 |

| RMS Transfer | Control |
|---|---|
| Successful | 2336  0824140623 |

| Prop # | Involvement | Invl Date | In Custody? | Security | Tag No | Item No | Serial No |
|---|---|---|---|---|---|---|---|
| 7 | Evidence | 08/24/2014 | Yes | No | 140011567 | 7 | CRIME LAB |

| Description | | | | | | Typ |
|---|---|---|---|---|---|---|
| 1 disk containing digital photos | | | | | | A |

| Cat | Article | IBRS Type | Entered Date | Entered Time | RMS Transfer |
|---|---|---|---|---|---|
| Other (none of the above) | Photographs | Other | 08/24/2014 | 06:22 | Successful |

| Control |
|---|
| 2336  0824140623 |

## Narrative

**EVIDENCE:  Tag #140011567**

**Submitted to Property Control Unit:**
One GSR Kit from the hands of Dantana Tanksley - Pkg. 1 of 3
One light green tank top - Pkg. 2 of 3
One 7.62X39 casing (unknown manufacturer) - Pkg. 3 of 3
Three WOLF 7.62X39 casings - Pkg. 3 of 3
Three FIOCCHI 7.72X39 casings - Pkg. 3 of 3
Eleven FC 7.62X39 casings - Pkg. 3 of 3

One disk containing digital photos - **submitted to Crime Lab**

**Sunday, 08/24/2014:**

0419 hrs.:  I, Off. LA Scheiern #2336, working CSSU U471, was dispatched to ▮Southway Circle regarding a shots fired call.

0442 hrs.:  I arrived and met with Off. Shodderly who provided the following information:  while patrol was working a detail on Southway Circle they heard numerous shots fired from an area near the east end of the street.  As vehicles began leaving, officers stopped them and were able to locate a vehicle with a rifle and casing inside.  The driver was arrested and the vehicle towed.  Officers requested GSR from the driver, Dantana Tanksley.

Tanksley was in custody - handcuffed and in the back seat of a patrol unit.  He refused to come out of the patrol unit on his own so officers pulled him from the vehicle.  I photographed Tanksley - he was wearing a light green tank top and matching light green shorts.  Shortly after coming out of the patrol unit Tanksley passed out and MedStar made the scene.  Since his hands were cuffed behind his back I requested that MedStar cut his shirt off so I could collect it for GSR testing.

0503 hrs.  I collected trace evidence from the front and back of both of Tanksley's hands utilizing an approved FWPD GSR kit.

I photographed a SAIGA 7.62X39 rifle, S#: X12101761 that had been collected by patrol officers.  Officers maintained custody of the weapon.

0517 hrs.:  I met with officers at ▮Southway Circle.  The shots had been fired at this lcoation and numerous casings had been found.  The building at 843 Southway Circle was labeled Foundation Drillers Inc. and was located on the north side of the street.  A parking lot was on the south side of the building and I photographed and collected a total of 18 fired casings from the parking lot.  No hits to persons, vehicles, or structures were located or reported.  Witnesses described the actor as firing the weapon upward towards the sky.  No other evidence was collected at this time.

At the CSSU office I documented the casing head-stamps and photographed them.  The casings, tank top, and GSR kit were then packaged and later submitted to the PCU.  The photos were transferred onto the server and onto a disk that was submitted to the CL.

| Report Officer | Printed At | |
|---|---|---|
| 2336/SCHEIERN,L | 01/02/2015 15:42 | Page 2 of 3 |

14-80996    Supplement No
0001

# FORT WORTH POLICE DEPARTMENT

**Narrative**

Tag #140011567
Sgt. Hall #2276

**14-80996**     Supplement No 0002

# FORT WORTH POLICE DEPARTMENT



350 W. BELKNAP STREET

Fort Worth, Texas 76102
Nature of Call

Fax 817-392-4201

817-392-4200

Reported Date
08/24/2014

Member#/Dept ID#
PORTER,R

## Administrative Information

| Agency | | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|
| FORT WORTH POLICE DEPARTMENT | | 14-80996 | 0002 | 08/24/2014 | 12:05 |

| Member#/Dept ID# | | Assignment | |
|---|---|---|---|
| 3690/PORTER,R | | Central Division Team 4 1st Shift | |

| Entered by | Assignment | RMS Transfer | |
|---|---|---|---|
| 3690 | Central Division Team 4 1st Shift | Supplement Transfer Complete | |

| Prop Trans Stat | Property? | Council Dist | Approving Officer | Approval Date | Approval Time |
|---|---|---|---|---|---|
| Successful | Yes | 09 | 166467 | 09/01/2014 | 11:57:11 |

## Arrestee 1: TANKSLEY,DANTANA

| Involvement | Invl No | Type | Name | | MNI |
|---|---|---|---|---|---|
| Arrestee | 1 | Individual | TANKSLEY,DANTANA | | 926221 |

| Race | Sex | DOB | Age | Ethnicity | Juvenile? |
|---|---|---|---|---|---|
| Black/African American | Male | ████1979 | 35 | Non-Hispanic or Non-Latino | No |

| Height | Weight | Hair Color | Eye Color | Res Status | OFN_INVL | RMS Transfer | Vic/Ofnd Age | PRN |
|---|---|---|---|---|---|---|---|---|
| | | | | Resident | 1 | Successful | 35 | 3791160 |

| Type | ID No | | | |
|---|---|---|---|---|
| FBI number | ████ | | | |

| Type | ID No | OLS |
|---|---|---|
| Drivers License | ████ | Texas |

| Type | ID No | |
|---|---|---|
| County (CID/FWCHR) | ████ | |

| Type | ID No | |
|---|---|---|
| State Criminal History Number | ████ | |

| Type | ID No | |
|---|---|---|
| Social Security Number | ████4411 | |

| WAS FORCE USED? | TYPE OF FORCE USED? | WAS THIS PERSON INJURED? | WERE OFFICERS INJURED? | REVIEWING SUPERVISOR ID |
|---|---|---|---|---|
| Y | TAZERFIR | N | N | 3281 |

| UOF SUPP REQUIRED? | | | | |
|---|---|---|---|---|
| Y | | | | |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Book Date | Book Time |
|---|---|---|---|---|---|
| Arrested | On-view arrest (NIBRS) | 08/24/2014 | 11:50:00 | 08/24/2014 | 11:58:00 |

| Status | Arrest Location | | City | Rep Dist |
|---|---|---|---|---|
| Booked | 350 W BELKNAP ST | | Fort Worth | A120 |

| Armed | Multi-arrests | Beat | | |
|---|---|---|---|---|
| Unarmed | Not a multiple arrest | C03 | | |

| Charge | Level | Charge Literal |
|---|---|---|
| HSC 481.121(B)(1) | MB | Poss Marij <=2OZ |

## Other Agency Law Officer 1: HARDIN,B

| Involvement | Invl No | Type | Name |
|---|---|---|---|
| Other Agency Law Officer | 1 | Individual | HARDIN,B |

| MNI | Race | Sex | Ethnicity |
|---|---|---|---|
| 122450 | Black/African American | Male | Non-Hispanic or Non-Latino |

| Res Status | RMS Transfer | PRN |
|---|---|---|
| Non-Resident | Successful | |

| Type | Address | | Rep Dist | Beat |
|---|---|---|---|---|
| Work/Business | 1500 S MAIN ST | | B087 | C03 |

| Map Coordinates | | City | State | ZIP Code | Date |
|---|---|---|---|---|---|
| 02329408 | 06950025 | Fort Worth | Texas | 76104 | 08/24/2014 |

| Phone Type | Phone No | Date |
|---|---|---|
| Business | (817) 927-1120 | 08/24/2014 |

| Report Officer | Printed At | |
|---|---|---|
| 3690/PORTER,R | 01/02/2015 15:42 | Page 1 of 3 |

14-80996     Supplement No
0002

# FORT WORTH POLICE DEPARTMENT

| Employer/School | | Position/Grade | | | |
|---|---|---|---|---|---|
| JPS POLICE DEPARTMENT | | SGT | | | |
| Location | | City | State | | ZIP Code |
| 1500 S MAIN ST | | Fort Worth | Texas | | 76104 |

## Other Agency Law Officer 2: ELLIOTT,M

| Involvement | Invl No | Type | Name | | |
|---|---|---|---|---|---|
| Other Agency Law Officer | 2 | Individual | ELLIOTT,M | | |
| MNI | Race | Sex | Ethnicity | Res Status | RMS Transfer | PRN |
| 2393956 | Unknown | Unknown | Unknown | Unknown | Successful | |

| Type | Address | | | Rep Dist | Beat |
|---|---|---|---|---|---|
| Work/Business | 1500 S MAIN ST | | | B087 | C03 |
| Map Coordinates | | City | State | ZIP Code | Date |
| 02329408   06950025 | | Fort Worth | Texas | 76104 | 08/24/2014 |
| Phone Type | Phone No | Date | | | |
| Business | (817) 927-1120 | 08/24/2014 | | | |
| Employer/School | | Position/Grade | | | |
| JPS POLICE DEPARTMENT | | OFFICER | | | |
| Location | | City | State | | ZIP Code |
| 1500 S MAIN ST | | Fort Worth | Texas | | 76104 |

## Other Agency Law Officer 3: ONOPEZA,E

| Involvement | Invl No | Type | Name | | |
|---|---|---|---|---|---|
| Other Agency Law Officer | 3 | Individual | ONOPEZA,E | | |
| MNI | Race | Sex | Ethnicity | Res Status | RMS Transfer | PRN |
| 2393957 | Unknown | Unknown | Unknown | Non-Resident | Successful | |

| Type | Address | | | Rep Dist | Beat |
|---|---|---|---|---|---|
| Work/Business | 1500 S MAIN ST | | | B087 | C03 |
| Map Coordinates | | City | State | ZIP Code | Date |
| 02329408   06950025 | | Fort Worth | Texas | 76104 | 08/24/2014 |
| Phone Type | Phone No | Date | | | |
| Business | (817) 927-1120 | 08/24/2014 | | | |
| Employer/School | | Position/Grade | | | |
| JPS POLICE DEPARTMENT | | OFFICER | | | |
| Location | | City | State | | ZIP Code |
| 1500 S MAIN ST | | Fort Worth | Texas | | 76104 |

## Property

| Prop # | Involvement | Invl Date | In Custody? | Security | Tag No | Item No |
|---|---|---|---|---|---|---|
| 1 | Evidence | 08/24/2014 | Yes | No | 140011580 | 1 |

| Description | | Typ |
|---|---|---|
| plastic baggy containing green leafy substance | | D |
| Cat | Article | IBRS Type | Drug Type |
| Other (none of the above) | Drugs/Narcotics | Drugs, narcotics | Marijuana |
| Quantity | Measure | Entered Date | Entered Time | RMS Transfer | Control |
| 0.015 | Ounce | 08/24/2014 | 12:08 | Successful | 3690   0824141236 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| OWN | ARR | 1 | TANKSLEY,DANTANA | B | M | 1979 |

## Narrative

On Sunday 08-24-14 at 1113 hours, I, Officer R. J. Porter 3690, working routine marked patrol C181, was dispatched on a prisoner transport call to JPS Hospital, 1575 S Main St. It was reported that a prisoner was being released from the hospital and needed to be transported back to the jail. It was also reported that the patient was being combative with JPS Police. Assist unit was Officer C. S. Fitzharris 3521, working C176.

Upon arrival at 1115 hours, I met with JPS PD Sgt. B. Hardin #1025 (OAL 1). Hardin stated that the FWPD prisoner located in ER room 5L, Dantana Tanksley (B/M    79 ARR), had been threatening his officers, and was now using his bed as a barricade to prevent officers from appropriately handcuffing him. Hardin stated that Tanksley was angry because he had not been allowed to use the telephone.

When I entered the room I saw Tanksley standing up with his right hand handcuffed to the hospital bed. Tanksley had both hands on the bed railing, and was using the bed as a barricade to keep officers away from him. I told Tanksley that he was going to be transported to the jail and that he would be allowed a phone call when he arrived. Tanksley was very angry and said, "No man. My people need to know where I'm at." I told Tanksley that he could tell them when he arrived at the jail. Tanksley replied, "I'm not going. You're gonna have to fight me." I told Tanksley to put his free hand behind his back. Tanksley then said, "I'm gonna fight you."

| Report Officer | Printed At | |
|---|---|---|
| 3690/PORTER,R | 01/02/2015 15:42 | Page 2 of 3 |

14-80996     Supplement No
             0002

# FORT WORTH POLICE DEPARTMENT

## Narrative

At that time Officer Fitzharris and myself displayed our Tasers. I told Tanksley again to put his free hand behind his back and he did not comply. He kept his free hand down by his side and said, "I'm gonna fight you. You might as well Tase me." Tanksley then repeated, "Tase me" several times as he raised his voice and clenched both hands. At that time Officer Fitzharris discharged his Taser, striking Tanksley. Tanksley then began to fall to the ground while I maneuvered in and placed my handcuff on his free hand, grasping him tightly in case he began to resist after the Taser cycle stopped. When the five second cycle stopped Tanksley was immediately compliant as I told him to keep his hand behind his back. I ordered Tanksley to stand up and he did so with some assistance, as he was sitting in an awkward position. I was able to complete the handcuffing process without any further hindrance. Tanksley was placed in a hospital wheelchair as one of the nurses removed his Taser probes. It should be noted that we were unable to photograph where the probes struck Tanksley. The probes had struck Tanksley on the upper right chest area and the lower right hip area. Due to the aggressive nature of Tanksley, he was immediately transported to my patrol vehicle without a property search of his person.

Tanksley was then transported to 350 W Belknap (FWPD Jail) and released to MLEC personnel. MLEC personnel advised me that during their search they found a small plastic baggy containing a green leafy substance. Due to my training and field training experience, I believed this substance to possibly be marijuana (EVD). Officers J. Lonergan 4165 and M. Arrendondo 3794, both working C177, assisted by transporting the EVD to the property room. C177 advised me that the EVD weighed 0.015 oz (field weight), and was tagged into the property room (Tag#: 140011580).

The appropriate charges were added to Tanksley's paperwork (Booking#: 1423775).

Officer Fitzharris stayed at the scene and spoke with JPS PD Sgt. Hardin about the situation. Hardin said he was notified by officer Elliott (OAL 2) of a disturbance in trauma room 5L, in regards to FWPD prisoner Dantana Tanksley (B/M ███ 79 ARR). When Hardin arrived to trauma room 5L officer Onopeza (OAL 3) was also on scene, as well as several other JPS PD officers. Hardin stated that Tanksley was yelling about not being able to use the phone to contact his people. When Hardin told Tanksley that he was not going to allow him a phone call Tanksley began yelling and cussing saying, "I'm a tear this bitch up." Tanksley had since gotten out of the bed and was "Fiddling with his handcuff." Hardin said Tanksley was trying to remove the handcuff and possibly escape. At that time Hardin notified dispatch to contact FWPD for assistance. Hardin also stated they threatened Tanksley with the use of pepper spray, which did not change Tanksley's aggressive demeanor.

CSSU not needed.
Supervisor, Sgt. Fimbres

**14-80996**

Supplement No
0003

# FORT WORTH POLICE DEPARTMENT



350 W. BELKNAP STREET

Fort Worth, Texas 76102
Nature of Call

Fax 817-392-4201

817-392-4200

Reported Date
08/25/2014

Member#/Dept ID#
OREMUS,B

## Administrative Information

| Agency | | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|
| FORT WORTH POLICE DEPARTMENT | | 14-80996 | 0003 | 08/25/2014 | 10:38 |
| Member#/Dept ID# | | | Assignment | | |
| 2528/OREMUS,B | | | South Criminal Investigative Unit | | |
| Entered by | Assignment | | RMS Transfer | Prop Trans Stat | Council Dist |
| 2528 | South Criminal Investigative Unit | | Successful | Successful | 09 |
| Approving Officer | Approval Date | | Approval Time | | |
| 2528 | 08/25/2014 | | 10:37:46 | | |

## Narrative

Incident #14-80996
Det. B.R Oremus #2528
Unl. Poss Firearm by Felon
Discharge Firearm in Certain Munici
Evading
Theft of Firearm
Date Assigned 08/24/14
Priority I

On 08/24/14 I was assigned this case for follow up review. I have reviewed the report and found the elements for all the charges have been met. I have also founds that the ARR has multiple Felony convictions, the last one being on 07/27/12 in the Criminal District Court of Tarrant Co. Cause#1287636001.

Case Status:  Closed / Filed with DA

Sgt Fitchett

| Report Officer | Printed At | |
|---|---|---|
| 2528/OREMUS,B | 01/02/2015 15:43 | Page 1 of 1 |