IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § § § | |
| **v.** | § § § | **Civil Action No. 4:15-cr-38-O-1** |
| **DANTANA TANKSLEY (01)** | § § § § § § § | |

### ORDER

Before the Court is Defendant Tanksley's Motion to Suppress Evidence and Memorandum in Support (ECF No. 35), filed May 20, 2015; and the Government's Response (ECF No. 38), filed May 27, 2015. The Court sets this matter for an evidentiary hearing on **Monday, June 8, 2015,** at **11:00 am**. The hearing will convene in United States District Judge's Second Floor Courtroom **501 W. 10th Street, Fort Worth, Texas**.

SO ORDERED on this **1st day** of **June, 2015**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE