UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | 4-15-CR- 038-O |
| § | |
| DANTANA TANKSLEY (1) § | |
| § | |

## SUPPLEMENT TO FOURTH UNOPPOSED MOTION TO CONTINUE JURY TRIAL

Defendant Dantana Tanksley, through undersigned counsel, respectfully submits this supplement to his motion to continue and shows the following:

I.

Defendant has requested a continuance of the June 29, 2015 trial of this case pending the decision by the Supreme Court in *Johnson v. United States*, Docket No. 13-7120. The defendant fully incorporates the argument and authority set forth in his Fourth Unopposed Motion for Continuance. For the purpose of supplementing that motion, and for the information of the Court, the Supreme Court did not issue an opinion in *Johnson* this morning. Undersigned counsel understands that *Johnson* could be decided this Thursday, June 25, or Monday, June 29, or Tuesday, June 30. Counsel continues to request a continuance for the reasons already stated in the Fourth Unopposed Motion for Continuance, and for the reason that if *Johnson* is decided and the defendant decides to plead guilty, he can still get the benefit of his third point for timely acceptance of responsibility.

Wherefore, the defendant respectfully prays this Court consider the above supplement to the defendant's Fourth Unopposed Motion to Continue the trial of this case.

> Respectfully submitted,
> JASON HAWKINS
> Federal Public Defender
> Northern District of Texas
>
> BY:  /s/ Christopher A. Curtis
> Christopher A. Curtis
> Asst. Federal Public Defender
> 819  Taylor Street, Room 9A10
> Fort Worth, TX  76102-4612
> (817) 978-2753
> Texas State Bar No. 05270900

**CERTIFICATE OF CONFERENCE**

On June 18, 2015, I conferred with the attorney for the government, Frank Gatto, concerning his position on this motion, and he was not opposed to this motion. Mr. Gatto will be on military duty July 10  through and including July 13, 2015 and August 2 through and including August 15. Undersigned counsel has no conflicts in the next 90 days, except that he is scheduled to be a presenter in CLE training in Dallas on July 30 and July 31, 2015.

> /s/ Christopher A. Curtis
> Christopher A. Curtis

**CERTIFICATE OF SERVICE**

I, Christopher A. Curtis, hereby certify that on June 22, 2015, I electronically filed the foregoing supplement with the clerk for the U.S. District Court, Northern District of Texas, using the electronic filing system for the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Frank Gatto.

> /s/ Christopher A. Curtis
> Christopher A. Curtis