IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.   Criminal Action No. 4:15-CR-00038-O

DANTANA TANKSLEY   (01)

GOVERNMENT'S WITNESS LIST

| No. | Name/Position | Expected Testimony | Sworn/Testified |
|---|---|---|---|
| 1. | Clifton Snodderly<br>Fort Worth Police Officer | Will testify to events surrounding and leading up to the defendant's arrest, search of vehicle, and discovery of firearm | ____ /____ |
| 2. | Cody Vistine<br>Fort Worth Police Officer | Will testify to events surrounding and leading up to the defendant's arrest, search of vehicle, and discovery of firearm | ____ /____ |
| 3. | Zachary Lott<br>Fort Worth Police Officer | Will testify to events surrounding and leading up to the defendant's arrest, search of vehicle, and discovery of firearm; collected evidence | ____ /____ |
| 4. | Charles Rutledge<br>Fort Worth Police Officer | Will testify to events surrounding and leading up to the defendant's arrest, search of vehicle, and discovery of firearm; collected evidence | ____ /____ |
| 5. | Ryan Sparks<br>Fort Worth Police Officer | Will testify to events surrounding and leading up to the defendant's arrest, search of vehicle, and discovery of firearm | ____ /____ |

**Government's Witness List – Page 4**

| No. | Name/Position | Expected Testimony | Sworn/Testified |
|---|---|---|---|
| 6. | Douglas Lusty<br>Fort Worth Police<br>Sergeant | Will testify to events surrounding and leading up to the defendant's arrest, search of vehicle, and discovery of firearm | ____ /____ |
| 7. | Dan Fenter<br>Fort Worth Police<br>Sergeant | Will testify to events surrounding and leading up to the defendant's arrest, search of vehicle, and discovery of firearm | ____ /____ |
| 8. | Laurie Scheiern<br>Fort Worth Crime<br>Scene Investigator | Collected trace evidence from the defendant's hands for GSR testing; took crime-scene photos; collected evidence | ____ /____ |
| 9. | Lakeshia Brown | Witness to shots fired and events surrounding and leading up to the defendant's arrest, search of vehicle, and discovery of firearm | ____ /____ |
| 10. | Derrick Lloyd Fannin | The defendant's friend; expected to testify he loaned defendant the car defendant was arrested in and where gun was found | ____ /____ |
| 11. | Billie Jean Fannin | Derrick Fannin's mother; expected to testify she witnessed defendant drive Fannin's car, which is car defendant Was arrested in and where gun was found | ____ /____ |
| 12. | Rashaunda Flanders | Expected to testify she was with owner of car defendant was driving inside afterhours club when shots were fired | ____ /____ |

| No. | Name/Position | Expected Testimony | Sworn/Testified |
|---|---|---|---|

**EXPERT WITNESSES**

| No. | Name/Position | Expected Testimony | Sworn/Testified |
|---|---|---|---|
| 13. | Dan Kaase<br>Special Agent, ATF | Will testify regarding interstate nexus of firearm and its correct functioning | ____ /____ |
| 14. | Scott Satcher<br>Special Agent, ATF | Will testify regarding interstate nexus of firearm and its correct Functioning | ____ /____ |
| 15. | Jose C. Cazares<br>Identification Technician<br>Fort Worth<br>Police Department | Will testify to comparing the defendant's fingerprints with the defendant's fingerprints for previous felony convictions | ____ /____ |
| 16. | Anne M. Koettel<br>Senior Criminalist<br>Trace Evidence<br>Fort Worth<br>Police Department | Will testify regarding her analysis of the samples taken from defendant's hands for the presence of gunshot residue and on gunshot residue generally | ____ /____ |
| 17. | Michael S. Ward<br>Senior Forensic Scientist<br>Firearms & Toolmark Unit<br>Fort Worth<br>Police Department | Will testify regarding forensic toolmark identification and his toolmark identification of a recovered discharged casing of same caliber to firearm found in car defendant was driving; he will also testify to proper functioning of firearm | ____ /____ |

        Respectfully submitted,

        JOHN R. PARKER
        ACTING UNITED STATES ATTORNEY

        s/ Frank L. Gatto
        FRANK L. GATTO
        Assistant United States Attorney
        Texas State Bar No. 24062396
        Burnett Plaza, Suite 1700
        801 Cherry Street, Unit #4
        Fort Worth, Texas 76102
        Telephone: 817-252-5200
        Facsimile: 817-252-5455

## CERTIFICATE OF SERVICE

  I certify that on June 25, 2015, I electronically filed this pleading with the clerk of court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who, presumably, has consented in writing to accepting notice of service by electronic means: Chris Curtis.

        s/ Frank L. Gatto
        FRANK L. GATTO
        Assistant United States Attorney