IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. 4:15-CR-00038-O |
| DANTANA TANKSLEY        (01) | |

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| 1 | C. Snodderly<br>R. Sparks<br>D. Lusty<br>Z. Lott<br>C. Rutledge | Izhmash (SAIGA), Model IZ132, 7.62x39mm caliber semi-auto rifle; 30-round Magazine; 6 rounds 7.62x39mm Ammunition; and one discharged 7.62x39mm casing | _____ | _____ | _____ |
| 2 | L. Scheiern<br>D. Lusty | 18 7.62x39mm discharged casings | _____ | _____ | _____ |
| 3 | L. Scheiern<br>A. Koettel | Gunshot residue collection kit | _____ | _____ | _____ |

**Government's Exhibit List – Page** 1

| **EXHIBIT NUMBER** | **SPONSORING WITNESS** | **DESCRIPTION OF EXHIBIT** | **OFFERED** | **IDENTIFIED** | **ADMITTED** |
|---|---|---|---|---|---|
| 4 | N/A | Stipulation regarding prior felony conviction | _____ | _____ | _____ |
| 5 | C. Snodderly<br>Z. Lott<br>C. Rutledge<br>D. Lusty<br>R. Sparks | Picture of: Izhmash (SAIGA), Model IZ132, 7.62x39mm caliber semi-auto rifle; 30-round Magazine; 6 rounds 7.62x39mm Ammunition; and one discharged 7.62x39mm casing | _____ | _____ | _____ |
| 6 | C. Snodderly<br>Z. Lott<br>C. Rutledge | Google Earth image of Southway Circle | _____ | _____ | _____ |
| 7 | C. Snodderly<br>Z. Lott<br>C. Rutledge<br>D. Lusty | Google Earth image of east end (cul-de-sac) of Southway Circle | _____ | _____ | _____ |
| 8 | C. Snodderly<br>Z. Lott<br>C. Rutledge | Google Earth image of of Southway Circle at area defendant drove car and stopped | _____ | _____ | _____ |
| 9 | C. Snodderly<br>Z. Lott<br>C. Rutledge | Photo of where defendant stopped car at dead end | _____ | _____ | _____ |
| 10 | C. Snodderly<br>Z. Lott<br>C. Rutledge | Photo of car defendant was driving | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| 11 | Z. Lott | Photo of discharged casing seen in passenger seat | _____ | _____ | _____ |
| 12 | Z. Lott | Close-up photo of discharged casing seen in passenger seat | _____ | _____ | _____ |
| 13 | C. Snodderly<br>Z. Lott<br>C. Rutledge<br>R. Sparks | Photo of firearm found in trunk of car | _____ | _____ | _____ |
| 14 | C. Snodderly<br>Z. Lott<br>C. Rutledge<br>R. Sparks<br>L. Scheiern | Photo of defendant in back of police car | _____ | _____ | _____ |
| 15 | C. Snodderly<br>Z. Lott<br>C. Rutledge<br>R. Sparks<br>L. Scheiern | Photo of defendant on street curb | _____ | _____ | _____ |
| 16 | C. Snodderly<br>Z. Lott<br>C. Rutledge<br>R. Sparks<br>L. Scheiern | Photo of taped-off area where shots occurred | _____ | _____ | _____ |
| 17 | L. Scheiern | Photo of discharged shell casings on driveway | _____ | _____ | _____ |

| **EXHIBIT NUMBER** | **SPONSORING WITNESS** | **DESCRIPTION OF EXHIBIT** | **OFFERED** | **IDENTIFIED** | **ADMITTED** |
|---|---|---|---|---|---|
| 18 | L. Scheiern | Photo of discharged shell casings on driveway | _____ | _____ | _____ |
| 19 | L. Scheiern | Close-up photo of discharged shell casings on driveway | _____ | _____ | _____ |
| 20 | L. Scheiern | Close-up photo of Discharged shell casings on driveway | _____ | _____ | _____ |
| 21 | L. Scheiern | Photo of all discharged shell casings recovered from driveway | _____ | _____ | _____ |
| 22 | L. Brown | Photo of Brown's car depicting where she was the night of shooting | _____ | _____ | _____ |
| 23 | L. Brown | Photo of Brown's car depicting where she was the night of shooting | _____ | _____ | _____ |
| 24 | L. Brown | Photo of case agent next to D. Fannin | _____ | _____ | _____ |
| 25 | M. Ward | Photo of compared discharged shell casings for forensic toolmark identification | _____ | _____ | _____ |

**Government's Exhibit List – Page** 4

| **EXHIBIT NUMBER** | **SPONSORING WITNESS** | **DESCRIPTION OF EXHIBIT** | **OFFERED** | **IDENTIFIED** | **ADMITTED** |
|---|---|---|---|---|---|
| 26 | M. Ward | Photo of compared discharged shell casings for forensic toolmark identification | _____ | _____ | _____ |
| 27 | M. Ward | Forensic Toolmark Identification Lab Report | _____ | _____ | _____ |
| 28 | A. Koettel | Gunshot Residue Lab Report | _____ | _____ | _____ |
| 29 | N/A | Certified copy of prior Felony convictions | _____ | _____ | _____ |

**Government's Exhibit List – Page** 5

Respectfully submitted,

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

s/ *Frank L. Gatto*
FRANK L. GATTO
Assistant United States Attorney
Texas State Bar No. 24062396
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone:  817-252-5200
Facsimile:  817-252-5455

CERTIFICATE OF SERVICE

I certify that on June 25, 2015, I electronically filed this pleading with the clerk of court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who, presumably, has consented in writing to accepting notice of service by electronic means: Chris Curtis.

*s/ Frank L. Gatto*
FRANK L. GATTO
Assistant United States Attorney

**Government's Exhibit List – Page** 6