**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **v.** | § § § | 4:15-CR-038-O |
| **DANTANA TANKSLEY** | § | |

**DEFENDANT'S EXHIBIT LIST**

COMES NOW, Defendant DANTANA TANKSLEY, by and through his counsel, Christopher Curtis, Assistant Federal Public Defender, pursuant to Local Rule 16.1(b) and in accordance with this Court's Pretrial Order hereby files the following listing of exhibits for trial:

| EXHIBIT NUNMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| 1. | Officer Snodderly | Arial View of Crime Scene | _____ | _____ | _____ |
| 2. | Officer Snodderly | Arial View of Crime Scene | _____ | _____ | _____ |
| 3. | Michael Sean Ward Sr. Forensic Scientist | Firearms/Toolmark Unit Laboratory Report | _____ | _____ | _____ |

| | | | | | |
|---|---|---|---|---|---|
| 4. | Officer Scheiern Sheet and Envelope | Gunshot Resudue Information | _____ | _____ | _____ |
| 5. | Officer Scheiern Storage Log | Gunshot Residue Short Term | _____ | _____ | _____ |
| 6. | Anne M. Koettel Sr. Trace Analyst | Gunshot Residue Report | _____ | _____ | _____ |
| 7. | Keshia Brown | Interview Summary of Keshia Brown | _____ | _____ | _____ |
| 8. | Derrick Fannin | Interview Summary of Derrick Fannin | _____ | _____ | _____ |
| 9. | Carl A. Leisinger Forensic Ballistics & Firearms Consultant | Carl A. Leisinger's Report | _____ | _____ | _____ |
| 10. | Officer Snodderly | Officer C. Snodderly's Report | _____ | _____ | _____ |
| 11. | Officer Scheiern | Officer L. Scheiern's Report | _____ | _____ | _____ |
| 12. | Keshia Brown | Keshia Brown's Written Statement | _____ | _____ | _____ |
| 13. | Self-Authenticity | Transcript of the Suppression Hearing | _____ | _____ | _____ |
| 14. | Derrick Fannin | Criminal History of Derrick Fannin | _____ | _____ | _____ |

Respectfully submitted,

JASON HAWKINS
Federal Public Defender
Northern District of Texas

*/s/Christopher Curtis*
CHRISTOPHER CURTIS
Assistant Federal Public Defender
State Bar No. 05270900
819 Taylor Room 9A10
Fort Worth, Texas  76102
(817) 978-2753 tel.
(817) 978-2757 fax
Attorney for Dantana Tanksley

### CERTIFICATE OF SERVICE

I, Christopher Curtis, hereby certify that on June 25, 2015, I hand-delivered the foregoing Exhibit List with the clerk for the U.S. District Court, Northern District of Texas, and to Assistant United States Attorney Frank L. Gatto.

*/S/Christopher Curtis*_____
CHRISTOPHER CURTIS