**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | 4:15-CR-038-O |
| | § | |
| **DANTANA TANKSLEY** | § | |

## DEFENDANT'S WITNESS LIST

COMES NOW, Defendant DANTANA TANKSLEY, by and through his counsel, Christopher Curtis, Assistant Federal Public Defender, pursuant to Local Rule 16.1(b) and in accordance with the Court's Pretrial Order hereby files the following listing of witnesses for trial:

| NO. | WITNESS | SWORN | TESTIFIED |
|---|---|---|---|
| 1. | Clifton Snodderly<br>Fort Worth Police Officer | _____ | _____ |
| 2. | Cody Vistine<br>Fort Worth Police Officer | _____ | _____ |
| 3. | Douglas Lusty<br>Fort Worth Police Officer | _____ | _____ |
| 4. | Zachary Lott<br>Fort Worth Police Officer | _____ | _____ |
| 5. | Charles Rutledge<br>Fort Worth Police Officer | _____ | _____ |
| 6. | Laurie Scheiern<br>Fort Worth Police Officer | _____ | _____ |
| 7. | Ryan Sparks<br>Fort Worth Police Officer | _____ | _____ |
| 8. | Sgt. Dan Fenter<br>Fort Worth Police Officer | _____ | _____ |

| | | | |
|---|---|---|---|
| 9. | Dempsey Addy<br>Task Force Officer | _____ | _____ |
| 10. | Anne M. Koettel<br>Sr. Trace Analyst | _____ | _____ |
| 11. | Carl Leisinger<br>(opinion expert) | _____ | _____ |
| 12. | Derrick Fannin<br>(fact witness) | _____ | _____ |
| 13. | Tamika Busby<br>(fact witness) | _____ | _____ |
| 14. | Brianna Torres<br>(fact witness) | _____ | _____ |
| 15. | Lakeshia Brown<br>(Fact Witness) | _____ | _____ |
| 16. | Billie Jean Fannin<br>(Fact Witness) | _____ | _____ |
| 17. | Rashaunda Flanders<br>(Fact Witness) | _____ | _____ |
| 18. | SA Dan Kaase<br>(Fact Witness) | _____ | _____ |
| 19. | SA Scott Satcher<br>(Fact Witness) | _____ | _____ |
| 20. | Jose C. Cazares<br>Fort Worth Police Officer | _____ | _____ |
| 21. | Michael S. Ward<br>Fort Worth Police Officer | _____ | _____ |

Respectfully submitted,

Jason D. Hawkins
Federal Public Defender
Northern District of Texas


/s/Christopher Curtis
CHRISTOPHER CURTIS
Assistant Federal Public Defender
State Bar No. 05270900
819 Taylor Street; Room 9A10
Fort Worth, Texas 76102
(817) 978-2753 Tel.
(817) 978-2757 fax
Attorney for Dantana Tanksley

## **CERTIFICATE OF SERVICE**

I, Christopher Curtis, hereby certify that on June 25, 2015, I hand-delivered the foregoing Witness List with the clerk for the U.S. District Court, Northern District of Texas, and to Assistant United States Attorney Frank L. Gatto.

/s/Christopher Curtis
CHRISTOPHER CURTIS