IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:15-CR-038-O |
| | § | |
| DANTANA TANKSLEY | § | |
| | § | |

## ORDER

Before the Court is the Fourth Motion To Continue Jury Trial and Supplement to Fourth Motion to Continue Jury Trial (ECF Nos. 43, 44), filed by Defendant. After reviewing the motion, the Court finds that these motions should be **DENIED**. The trial will begin on **June 29, 2015, at 2:00 P.M.**

SIGNED THIS 25TH DAY OF JUNE, 2015.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**