IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 4:15-CR-038-O |
| DANTANA TANKSLEY (01) | |

## FACTUAL RÉSUMÉ

### SUPERSEDING INDICTMENT:

Count One: Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1).

### MAXIMUM PENALTY:

- Imprisonment for a period not to exceed 10 years
- A fine not to exceed $250,000, or twice any pecuniary gain to the defendant or loss to any victim(s);

- A supervised-release term not to exceed three years, which may be mandatory under law and will follow any term of imprisonment. If the defendant violates any of the supervised-release conditions, he could be imprisoned for the entire supervised-release term, resulting in an additional sentence of up to three years.
- A $100 mandatory special assessment;

- Incarceration and supervision costs

OFFENSE ELEMENTS:

The elements the government must prove beyond a reasonable doubt to establish the offense alleged in Count One of the Indictment are:

First: The defendant knowingly possessed the firearm as charged in the indictment;

Second: Before the defendant possessed the charged firearm, he had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is: a felony offense; and

Third: The possession of the firearm affected interstate or foreign commerce, that is: before the defendant possessed the charged firearm, it had traveled at some time from one state to another.

STIPULATED FACTS:

On August 24, 2014, Fort Worth police officers were on routine patrol near Southway Circle when they heard several gunshots coming from the east side of Southway Circle. Officers immediately responded and saw many people fleeing west bound from the Southway Circle area. Officers stopped Tanksley, who was driving and was the sole occupant of a silver two-door convertible with the top down.

In plain view on the passenger side, officers located a spent 7.62x39mm casing. Officers searched his car and found an Izhmash (SAIGA), Model IZ132, 7.62x39mm caliber semi-auto rifle in the trunk. Tanksley admits he possessed this firearm, as charged in his superseding indictment.

An interstate nexus expert with the Bureau of Alcohol, Tobacco, Firearms, and Explosives examined the charged firearm and determined it was manufactured outside the state of Texas. Thus, Tanksley admits that before he possessed the firearm, it traveled in interstate or foreign commerce.

Finally, before possessing the charged firearm on August 24, 2014, Tanksley admits he had been convicted of the following felony offense in Tarrant County, Texas, on August 5, 2005: Possession of cocaine with intent to deliver.

SIGNED this 26th day of June, 2015.

_____  _____
DANTANA TANKSLEY                CHRISTOPHER A. CURTIS
Defendant                       Counsel for Defendant