UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:15-CR-038-O |
| | § | |
| DANTANA TANKSLEY | § | |

**NOTICE OF DESIGNATION OF CASE ASSIGNMENT**

Pursuant to Miscellaneous Order No. 3 (Revised June 20, 2000) ("Criminal Justice Act Plan"), § IV(b), the undersigned attorney has indicated by his or her signature that he or she is the staff attorney designated to work on this case.

Dated: 7/13/15

Taylor Wills Brown
TAYLOR WILLS BROWN
Assistant Federal Public Defender
Northern District of Texas
Texas Bar No. 24087225
819 Taylor Street, Room 9A10
Fort Worth, Texas 76102
(817) 978-2753

**CERTIFICATE OF SERVICE**

I, Taylor Wills Brown, hereby certify that on this the 13th day of July 2015, a copy of the foregoing notice was hand-delivered to the United States Attorney's Office at 801 Cherry Street, Ste. 1700, Fort Worth, TX 76102.

s/Taylor Wills Brown
TAYLOR WILLS BROWN