NORTHERN DISTRICT OF TEXAS

OCT - 5 2015
10:30

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS | |
| Dantana Tanksley | 4:15-CR-038-O(01) |

## ORDER SETTING ADDITIONAL TERMS OF SUPERVISED RELEASE

It is hereby ORDERED that the above-named defendant, while on supervised release, comply with the standard conditions recommended by the U.S. Sentencing Commission and comply with the following additional conditions:

1. The defendant shall not commit another federal, state, or local crime.
2. The defendant shall not illegally possess controlled substances.
3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.
4. The defendant shall not possess a firearm, ammunition, destructive device, or any dangerous weapon.
5. The defendant shall report in person to the U.S. Probation Office in the district to which the defendant is released from the custody of the Federal Bureau of Prisons within 72 hours of release.
6. The defendant shall refrain from any unlawful use of a controlled substance, submitting to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer pursuant to the mandatory drug testing provision of the 1994 crime bill. (Macro MDT1FW)
7. The defendant shall participate in a program approved by the probation officer for treatment of narcotic or drug or alcohol dependency that will include testing for the detection of substance use, abstaining from the use of alcohol and all other intoxicants during and after completion of treatment, contributing to the costs of services rendered (copayment) at the rate of at least $25 per month. (Macro 23AFW)
8. The defendant shall make all court-ordered child support payments on a timely basis, producing proof of payment to the probation officer within the first 5 days of each month, whether as a part of a written report required by the probation officer or otherwise. (Macro CHILDSUP1)

Dantana Tanksley, Defendant
Signed October 5, 2015