## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:15-CR-038-O |
| | § | |
| DANTANA TANKSLEY | § | |

## DEFENDANT'S UNOPPOSED MOTION TO AMEND JUDGMENT

COMES NOW, DANTANA TANKSLEY, defendant, by and through his attorney of record, Taylor Wills Brown, and hereby submits the following Unopposed Motion to Amend Judgment.

Mr. Tanksley requests an amended judgment including a recommendation that he serve his term of imprisonment at the Federal Correctional Institution in Fort Worth, Texas.[1]  This recommendation is appropriate because Mr. Tanksley

---

[1] *See* 18 U.S.C. § 3621(b)(4); *see also* U.S. DEP'T OF JUSTICE, FEDERAL BUREAU OF PRISONS, PROGRAM STATEMENT NO. 5100.08, at Ch. 5, pg. 3 (2006), https://www.bop.gov/policy/progstat/5100_008.pdf.

was raised in Fort Worth and plans to live nearby once he is released.[2]  Mr.

Tanksley's counsel failed to make this request at sentencing and regrets the

oversight.

WHEREFORE, Defendant respectfully submits the foregoing Motion and

requests the Court to amend its judgment accordingly.

Respectfully submitted,

/s/ Taylor Wills Brown
**TAYLOR WILLS BROWN**
Assistant Federal Public Defender
PO Box 17743
819 Taylor Street, Room 9A10
Fort Worth, TX 76102
(817) 978-2753 (Tel.)
(817) 978-2757 (Fax.)
Taylor_W_Brown@fd.org
Texas Bar No. 24087225

---

[2] *See* PROGRAM STATEMENT NO. 5100.08, *supra* note 1, at Ch.1, pg. 1, 3; *see also* Presentence

Investigation Report at 21 (¶¶ 78-79), *United States v. Dantana Tanksley*, No. 4:15-CR-038-O

(N.D. Tex. Aug. 20, 2015), ECF No. 63.

## CERTIFICATE OF SERVICE

I, Taylor Wills Brown, hereby certify that on October 16, 2015, I electronically filed the "Defendant's Unopposed Motion to Amend Judgment" with the Clerk for the United States District Court, Northern District of Texas, using the Court's electronic filing system.  This system sent a "Notice of Electronic Filing" to Frank L. Gatto, Assistant United States Attorney, and Lorna Scaife, United States Probation Officer.

/s/ Taylor Wills Brown
TAYLOR WILLS BROWN

---

## CERTIFICATE OF CONFERENCE

I, Taylor Wills Brown, hereby certify that on October 16, 2015, I conferred with Frank Gatto regarding this Motion.  He is not opposed.

/s/ Taylor Wills Brown
TAYLOR WILLS BROWN