UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:15-CR-038-O (1) |
| | § | |
| DANTANA TANKSLEY | § | |

## NOTICE OF APPEAL

Notice is hereby given that pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, defendant DANTANA TANKSLEY, through undersigned counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the judgment of conviction and sentence in this matter.

Respectfully submitted,

JASON HAWKINS
Federal Public Defender
Northern District of Texas

BY:   s/Taylor Wills Brown
          TAYLOR WILLS BROWN
Asst. Federal Public Defender
TX State Bar No.   24087225
819 Taylor Street, Room 9A10
Fort Worth, TX   76102
(817) 978-2753

## CERTIFICATE OF SERVICE

I, Taylor Wills Brown, hereby certify that on this the 28th day of October 2015, a copy of the foregoing notice was hand delivered to the United States Attorney's Office at 801 Cherry Street, Suite 1700, Fort Worth, TX   76102-6897.

s/Taylor Wills Brown
TAYLOR WILLS BROWN