# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| **Plaintiff** § | |
| v. § | |
| § | **4:15-CR-038-O (1)** |
| **DANTANA TANKSLEY,** § | |
| **Defendant** § | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant, **DANTANA TANKSLEY,** hereby notifies this Court of the substitution of counsel on the above-captioned matter. TAYLOR WILLS BROWN, Assistant Federal Public Defender, was assigned to handle this case at the district court level. JASON HAWKINS, Federal Public Defender, will be handling the appeal on this case.

Respectfully submitted,

BY:  s/Jason Hawkins
JASON HAWKINS
Assistant Federal Public Defender
Texas State Bar No. 00795763
525 Griffin Street; Suite 629
Dallas, TX  75202
(214) 767-2746(TEL)
(214) 767-2886(FAX)

## CERTIFICATE OF SERVICE

I, Jason Hawkins, hereby certify that on October 30, 2015, a copy of the foregoing was hand delivered to United States Attorney's Office, 801 Cherry St., Suite 1700, Fort Worth, TX 76102.

 s/Jason Hawkins
JASON HAWKINS